United States Court of Appeals

For the Eighth Circuit

_____

No. 22-2618
_____

Aleksandra Shklyar

*Plaintiff - Appellant*

v.

Carboline Company

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis
_____

Submitted: January 25, 2023
Filed: February 3, 2023
[Unpublished]
_____

Before GRUENDER, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Aleksandra Shklyar appeals the district court's[1] order granting defendant's motion to dismiss her employment discrimination complaint for failure to state a

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

claim.  Upon careful de novo review, we find no basis for reversal.  *See Waters v. Madson*, 921 F.3d 725, 734 (8th Cir. 2019) (reviewing de novo dismissal for failure to state a claim).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____